IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANGELINE LENDER LLC, | ) |
| Plaintiff, | ) |
| vs. | ) CA NO. 20-207-CG-MU |
| HIGH NOB-RANGELINE, LLC., *et al.*, | ) |
| Defendants | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Motion to Dismiss Defendant High Nob-Rangeline, LLC's Counterclaim be **DENIED, in part,** and **GRANTED**, **in part,** as set forth in the Magistrate Judge's Report and Recommendation.  In addition, Borrower's motion to strike Exhibit A to Rangeline's motion to dismiss is **DENIED**.

**DONE and ORDERED** this 18th day of December, 2020.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE